MAY 27, 1997

No. 95–1385. WOOD, SUPERINTENDENT, WALLA WALLA STATE PENITENTIARY, ET AL. v. GOTCHER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Edwards* v. *Balisok, ante,* p. 641. ▮

No. A–793. EINAUGLER v. SUPREME COURT OF NEW YORK ET AL. Application for stay of mandate, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. M–78. NOWICKI v. BRUFF ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 95–1726. UNITED STATES v. LABONTE ET AL. C. A. 1st Cir. [Certiorari granted, 518 U. S. 1016.] Motion of respondent Stephen Dyer to dismiss the writ of certiorari as improvidently granted denied.

No. 96–871. STATE OIL CO. v. KHAN ET AL. C. A. 7th Cir. [Certiorari granted, 519 U. S. 1107.] Motions of Association of the Bar of the City of New York and Business Roundtable for leave to file briefs as *amici curiae* granted. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1252. PROFESSIONAL MEDICAL INSURANCE CO. ET AL. v. MURFF. C. A. 8th Cir. Motions of International Association of Insurance Receivers and Transit Casualty Co. for leave to file briefs as *amici curiae* granted.

No. 96–1346. PARADIES ET AL. v. UNITED STATES. C. A. 11th Cir. Motion of petitioners for leave to amend petition for writ of certiorari granted.